RECEIVED
IN LAKE CHARLES, LA

MAY 12 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PIERRE LEGER** | : | **DOCKET NO. 2:09-cv-121** <br> **SECTION P** |
| **VS.** | : | **JUDGE MINALDI** |
| **MICHAEL MUKASEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Pierre Leger filed a *habeas corpus* petition in the above-captioned matter on January 16, 2009. Doc. 1. On May 11, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Leger was removed from ICE's custody to Haiti on April 29, 2009. Doc. 9.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, Mr. Leger shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 12th day of May, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE